IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**SAJADE WEBSTER, Individually and**     **PLAINTIFFS**
**as Natural Mother of Minor Children,**
**T.S., J.G.; and JIMMY GREEN**

**V.**     **NO. 4:21-CV-7-DMB-JMV**

**BUILDERS TRANSPORTATION CO.,**
**LLC; ADARIUS JUAN BROWN; and**
**John Doe Defendants, I-X**     **DEFENDANTS**

## ORDER

On April 8, 2022, Builders Transportation Co., LLC, and Adarius Juan Brown filed a motion in limine to exclude certain evidence at trial, Doc. #57, and attached one exhibit, Doc. #57-1. The same day, they filed a motion to seal and restrict the exhibit from "public viewing," representing as cause that the exhibit "inadvertently … reflects Plaintiff, Jimmy Green's, date of birth." Doc. #58 at 1. Two weeks later, United States Magistrate Judge Jane M. Virden held a final pretrial/settlement conference with the parties. Doc. #60. The minute entry from the conference reflects this case was settled. *Id.* In light of the settlement, the motion in limine [57] is **DENIED without prejudice**. But because Green's interest in protecting his personal information outweighs the public's interest in the exhibit attached to the denied motion in limine,[1] the motion to seal [58] is **GRANTED**. The Clerk of Court is **DIRECTED** to permanently restrict the exhibit [57-1] from public access.

**SO ORDERED**, this 26th day of April, 2022.

/s/Debra M. Brown
UNITED STATES DISTRICT JUDGE

---

[1] The decision whether to order judicial records sealed is committed to the sound discretion of the district court, which must "balance the public's common law right of access against the interests favoring nondisclosure." *SEC v. Van Waeyenberghe*, 990 F.2d 845, 848 (5th Cir. 1993).